UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRESH & BEST PRODUCE, INC. dba FRESH AND BEST, a California corporation,<br><br>  Plaintiff,<br>v.<br><br>MICHAEL F. WALLAU ENTERPRISES, INC., a California corporation, and MICHAEL F. WALLAU, an individual, and DOES 1 to 10,<br><br>  Defendants. | Case No.: 10-CV-05109-LHK<br><br>ORDER REGARDING PROOF OF SERVICE |

On November 12, 2010, in conjunction with its Order Denying Ex Parte Motion for TRO, the Court set a preliminarily injunction hearing and ordered Plaintiff to serve Defendants with the summons, complaint, and all other documents filed in this case. Plaintiff has not filed proof of service with the Court, and Defendants have not appeared or filed an opposition. Plaintiff is reminded that this Court may not grant a preliminary injunction without notice to the adverse party. Fed. R. Civ. Pro. 65(a)(1). Accordingly, if Plaintiff wishes to pursue its motion for a preliminary injunction, Plaintiff must file proof of service with the Court no later than Monday, November 29, 2010, at 4 p.m.

**IT IS SO ORDERED.**

Dated: November 23, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05109-LHK
ORDER REGARDING PROOF OF SERVICE