**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRESH & BEST PRODUCE, INC. dba FRESH AND BEST, a California corporation,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>MICHAEL F. WALLAU ENTERPRISES, INC., a California corporation, and MICHAEL F. WALLAU, an individual, and DOES 1 to 10,<br><br>　　　　　　　　Defendants. | Case No.: 10-CV-05109-LHK<br><br>ORDER CONTINUING PRELIMINARY INJUNCTION HEARING |

On November 30, 2010, the Court held a hearing on Plaintiff's motion for a preliminary injunction. In order to allow the parties time to attempt settlement and to provide Defendants additional time to retain counsel,[1] the Court hereby continues the preliminary injunction hearing to December 14, 2010, at 3 p.m., in Courtroom 4, 5th Floor, of the San Jose Courthouse. The parties shall hold settlement discussions, in person and with clients present, on or before Thursday, December 2, 2010. If they are unable to reach a settlement, Defendants must file an opposition brief responding to Plaintiff's motion for preliminary injunction by Wednesday, December 8, 2010. Plaintiff may file a reply by Friday, December 10, 2010.

**IT IS SO ORDERED.**

Dated: November 30, 2010

　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Under the Civil Local Rules of the Northern District of California, corporations and other entities must be represented by an attorney. Civ. L.R. 3-9(b).