UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRESH & BEST PRODUCE, INC. dba FRESH AND BEST, a California corporation,<br><br>      Plaintiff,<br> v.<br><br>MICHAEL F. WALLAU ENTERPRISES, INC., a California corporation, and MICHAEL F. WALLAU, an individual, and DOES 1 to 10,<br><br>      Defendants. | Case No.: 10-CV-05109-LHK<br><br>ORDER CONTINUING PRELIMINARY INJUNCTION HEARING AND CASE MANAGEMENT CONFERENCE |

On December 10, 2010, Plaintiff notified the Court that the parties have reached a full and final settlement of this matter and stated that Plaintiff will dismiss the case by February 15, 2011, if all terms of the settlement have been met. Accordingly, the Court CONTINUES the Preliminary Injunction hearing to February 24, 2011, at 1:30 p.m. The Court will also continue the Case Management conference set for February 16, 2011, to February 24, 2011, to follow the preliminary injunction hearing. If Plaintiff files a notice of dismissal by February 15, 2011, the Court will vacate all scheduled dates and dismiss the action.

**IT IS SO ORDERED.**

Dated: December 13, 2010

                        _/s/ Lucy H. Koh_
                        LUCY H. KOH
                        United States District Judge