United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRESH & BEST PRODUCE, INC. dba FRESH AND BEST, a California corporation,<br><br>              Plaintiff,<br>    v.<br><br>MICHAEL F. WALLAU ENTERPRISES, INC., a California corporation, and MICHAEL F. WALLAU, an individual, and DOES 1 to 10,<br><br>              Defendants. | Case No.: 10-CV-05109-LHK<br><br>ORDER DISMISSING CASE |

On February 17, 2011, Plaintiff filed a notice voluntarily dismissing the instant action without prejudice. In accordance with Rule 41(a)(1)(A)(i), no party has served either an answer or a motion for summary judgment. The action is therefore DISMISSED without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 22, 2011

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05109-LHK
ORDER DISMISSING CASE